UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEICO GENERAL INSURANCE COMPANY,

      Plaintiff,

v.

CLAUDE CHITO,

      Defendant.
_____/

Case No. 18-cv-61787-WPD

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT GEICO GENERAL INSURANCE COMPANY

Defendant, GEICO General Insurance Company, through its undersigned counsel, submit the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a).

GEICO General Insurance Company is the wholly owned subsidiary of Government Employees Insurance Company, which is wholly owned by GEICO Corporation which is the indirectly wholly owned subsidiary of Berkshire Hathaway which is a publicly traded company.

FRANK A. ZACHERL, ESQ.
Florida Bar No.: 868094
E-mail: fzacherl@shutts.com
EDWARD J. O'SHEEHAN, ESQ.
Florida Bar No.: 0056790
E-mail: eosheehan@shutts.com
HAROLD E. MORLAN III, ESQ.
Florida Bar No. 0024250
E-mail: hmorlan@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Blvd., Suite 4100
Miami, Florida 33131
(305) 358-6300 Telephone

*/s/ Frank A. Zacherl*
FRANK A. ZACHERL, ESQ.
Florida Bar No.: 868094
E-mail:  fzacherl@shutts.com
EDWARD J. O'SHEEHAN, ESQ.
Florida Bar No.: 0056790
E-mail:  eosheehan@shutts.com
HAROLD E. MORLAN III, ESQ.
Florida Bar No. 0024250
E-mail:  hmorlan@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Blvd., Suite 4100
Miami, Florida 33131
(305) 358-6300 Telephone
(305) 347-7881 Facsimile
*Counsel for Plaintiff*

MIADOCS 16784029 1 17333.0687